

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   CHRISTINA T. SHAY (Cal. Bar No. 264528)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0757
7       Facsimile: (213) 894-0141
        E-mail:    christina.shay@usdoj.gov
8
   Attorneys for Complainant
9  UNITED STATES OF AMERICA

10
                    UNITED STATES DISTRICT COURT
11
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

13
   IN THE MATTER OF THE            No. CV 11-10314-VBF(MLG)
14 EXTRADITION OF
                                   [proposed] CERTIFICATION OF
15 VICENTE PONCE VILLASENOR,       EXTRADITABILITY AND ORDER OF
     aka "Vicente Ponce Villanu,"  COMMITMENT
16   aka "Vicente Ponce,"

17 A Fugitive from the
   Government of Mexico.
18

19

20      The fugitive, Vicente Ponce Villasenor (hereinafter "the

21 fugitive"), having appeared before the undersigned judicial officer,

22 represented by counsel, on February 2, 2012, and having entered into

23 the Stipulation and Consent to all Elements of Extradition filed on

24 January 25, 2012 ("stipulation"),

25      IT IS HEREBY FOUND as follows:

26      1.   The Court has addressed the fugitive and is satisfied that

27 he is aware of his rights as set forth in the stipulation and that

28

                                   1

the fugitive's stipulation to the elements of extradition is intelligent and voluntary.

2. The fugitive is charged in Mexico with the crime of intentional homicide, and a warrant for his arrest was issued on November 27, 2007, by the Second Judge of the First Instance for Criminal Matters of the Judicial district of Culican, Sinaloa in Mexico.

3. All the elements of extradition are met, specifically:

   a. The undersigned judicial officer, United States Magistrate Judge Marc L. Goldman, and the court on which that judicial officer sits, have jurisdiction to conduct extradition proceedings.

   b. The undersigned judicial officer, United States Magistrate Judge Marc L. Goldman, and the court on which that judicial officer sits, have jurisdiction over the fugitive.

   c. An extradition treaty is in force between the United States of America and Mexico, 31 U.S.T. 5059, TIAS 9656.

   d. The fugitive is sought for an offense for which the applicable treaty permits extradition.

   e. The fugitive is the individual who is charged in Mexico and there is probable cause to believe him guilty of the charged offense.

4. There are no facts that bar the extradition under the extradition treaty of the fugitive.

FURTHERMORE, based on the foregoing findings, the undersigned judicial officer HEREBY CERTIFIES THE FUGITIVE'S EXTRADITABILITY and ORDERS the Clerk of the Court deliver to the Assistant United Sates Attorney a certified copy of this Certification of Extraditability

and the executed Stipulation and Consent to all Elements of Extradition and, further, that the Clerk forward certified copies of the same to the Secretary of State (to the attention of the Legal Adviser) and the Director, Office of International Affairs, Criminal Division, U.S. Department of Justice, in Washington, D.C., for the appropriate disposition.

IT IS FURTHER ORDERED that Vicente Ponce Villasenor be committed to the custody of the United States Marshal pending final disposition of this matter by the Secretary of State and arrival of agents of Mexico, at which time Vicente Ponce Villasenor will be transferred to the custody of the agents of Mexico at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of Mexico to be transported to Mexico.

IT IS SO FOUND AND ORDERED this 2d day of February, 2012.

_____
HON. MARC L. GOLDMAN
United States Magistrate Judge

Presented by:

    /s/
_____
CHRISTINA T. SHAY
Assistant United States Attorney